GARY M. MCLAUGHLIN (SBN 217832)
gmclaughlin@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310-229-1000
Facsimile:    310-229-1001

ROBERT G. LIAN, JR. (*pro hac vice*)
JOHN T. KOERNER (*pro hac vice*)
blian@akingump.com
jkoerner@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone:   202-887-4000
Facsimile:    202-887-4288

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN COMPARETTO, et al.,<br><br>           Plaintiffs,<br><br>     vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>           Defendant. | Case No. CV 11–09206 JAK (FFMx)<br><br>**JOINT STATUS REPORT RE SCHEDULING**<br><br>Judge: Hon. John A. Kronstadt |

Per the Court's order, the parties submit the following Joint Status Report regarding scheduling.

Attached as Exhibit A are the dates jointly proposed by the parties.

### Preliminary Meet and Confer Re Trial

In addition, the parties also had initial discussions regarding the manner of trial, and have agreed to additional meet and confer sessions to discuss this matter further. The parties respectfully request that the Court set a status/scheduling conference in order to address this issue further. Counsel for the parties are currently available for a conference on December 23, 2013 and January 6 and 13, 2014.

### Plaintiffs' Position re Trial

Counsel for Plaintiffs believe that the entire matter could and should be tried in a single trial, however Plaintiffs are amenable to the possibility of an initial trial involving 3-6 Plaintiffs, followed by a trial of the remaining Plaintiffs' claims within a relatively short time thereafter.

### Defendant's Position re Trial

Defendant does not believe that all of the plaintiffs' cases can or should be tried together in a single trial. Defendant believes that it may be possible to jointly and efficiently try some cases in smaller groups of up to 3-4 plaintiffs, if an appropriate nexus exists between the plaintiffs so that a significant amount of common evidence could be expected and the individual evidence would not overwhelm the proceedings and/or confuse the jury. However, if an appropriate nexus does not exist between plaintiffs, and/or the parties are unable to agree on an acceptable method of selecting the groups of plaintiffs, then it is Defendant's position that the individual plaintiffs' cases should be tried separately.

Therefore, if the Court decides to conduct multiple trials, the September 23, 2014 trial date proposed by the parties would be for the first trial, and further trial dates for

1  remaining plaintiffs would need to be determined later. The length of a trial will also
2  depend on the number of plaintiffs being tried together.
3      Based on the foregoing, the parties respectfully request that the Court set a further
4  status conference.

Dated: December 2, 2013

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By  /s/ Gary M. McLaughlin
    Gary M. McLaughlin
    Attorneys for Defendant
    ALLSTATE INSURANCE COMPANY

Dated: December 2, 2013

**MARK BUTLER & ASSOCIATES**

By  /s/ Mark J. Butler
    Mark J. Butler
    Attorney for Plaintiffs

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On December 2, 2013, I served the foregoing document(s) described as:

**JOINT STATUS REPORT RE SCHEDULING**

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 2, 2013 at Los Angeles, California.

Rebecca McNew
[Print Name of Person Executing Proof]

[Signature]

PROOF OF SERVICE

Case No. CV 11–09206 JAK