# Exhibit A

**EXHIBIT A - SCHEDULE OF PRETRIAL AND TRIAL DATES**

| Case No.: | |
|---|---|
| Case Name: | |

| **Hearings:** | | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| [  ] Jury Trial  [  ] Court Trial: **(Tuesday at 9:00 a.m.)** Duration Estimate: ____ Days / ____ Weeks | | | | |
| Status Conference re Exhibits: **(Friday at 3:00 p.m.)** Friday before the trial date | | | | |
| Final Pretrial Conference: **(Monday at 3:00 p.m.)** 2 weeks before the trial | | | | |
| **Deadlines:** | Weeks Before Trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
| Last Date to Hear Motions (not file) | 8 | | | |
| Expert Discovery Cut-Off | 8 | | | |
| Expert Disclosure (Rebuttal) | 10 | | | |
| Expert Disclosure (Initial) | 12 | | | |
| Non-Expert Discovery Cut-Off | 14 | | | |
| Last Date to Add Parties/Amend Pleadings | | | | |
| **Settlement Procedure Selection:** *(ADR-12 Form will be completed by Court)* | | | | |
| 1. Magistrate Judge 2. Attorney Settlement Officer Panel 3. Outside ADR/Non-Judicial (Private) | | | | |
| Last day to conduct settlement conference | | | | |
| Post Mediation Status Conference: **(Monday at 1:30 pm)** | | | | |

Exhibit A - Page 1