UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN COMPARETTO, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>          Defendant. | Case No. CV 11–09206 JAK (FFMx)<br><br>**ORDER GRANTING DISMISSAL OF PLAINTIFF JUAN COMPARETTO WITH PREJUDICE** |

Based on the stipulation between Defendant Allstate Insurance Company ("Allstate") and Plaintiff Juan Comparetto ("Comparetto"), and for good cause shown, the Court hereby Orders as follows:

1. Comparetto's claims against Allstate are hereby dismissed in their entirety with prejudice;

2. The Court retains exclusive jurisdiction for purposes of enforcing this Order and the Settlement Agreement between Allstate and Comparetto.


SO ORDERED.

Dated: July 24, 2014

_____
John A. Kronstadt
United States District Judge