JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN COMPARETTO, et al., <br><br>                Plaintiffs, <br><br>      vs. <br><br> ALLSTATE INSURANCE COMPANY, <br><br>                Defendant. | Case No. CV 11–09206 JAK (FFMx) <br><br> [Assigned to the Honorable John A. Kronstadt] <br><br> **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based on the stipulation between Defendant Allstate Insurance Company ("Allstate") and Plaintiffs Lori Abdelnour; Manuel Aragon; Joseph Collier; Gilbert Lemus, Jr.; Michael Romero; Raleigh Strader, III; James Webb; Paul Schiefen; Brownwood Insurance Agency, Inc.; Arturo Avila; Art Avila Insurance Agency, Inc.; Besheret Enterprises, Inc.; Antonio Paoletta; Billy Taylor Insurance Agency, Inc.; Billy Taylor; Munsell Insurance Agency, Inc.; and Delores Jane Munsell (collectively, "Plaintiffs"), and for good cause shown, the Court hereby Orders as follows:

     1.        Plaintiffs' claims against Allstate are hereby dismissed in their entirety with prejudice;

2.     The Court retains exclusive jurisdiction for purposes of enforcing this Order and the Settlement Agreement between Allstate and Plaintiffs.

IT IS SO ORDERED.



Dated: 10/17/14

_____

John A. Kronstadt
United States District Judge

[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE